# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| DENISE HEARD-BASHUR, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL FX, LLC d/b/a CREDIT SHARKS, <br><br> Defendant. | Case No. 3:23-00038-KC |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

**To the Clerk of the U.S. District Court for the Western District of Texas**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, DENISE HEARD-BASHUR, requests that the Clerk of this Honorable Court enter the Default of Defendant, CAPITAL FX, LLC d/b/a CREDIT SHARKS, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and as supported from the affidavit of Nathan C. Volheim, Esq., attached hereto.

Dated: June 2, 2023

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys for Plaintiff, certifies that on June 2, 2023, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. Priority mail and electronic mail to:

Capital FX d/b/a Credit Sharks
c/o Registered Agent
Shaquille Wiggins
298 Buckhead Avenue NE
Unit S1107
Atlanta, GA 30305

*s/ Nathan C. Volheim*
Nathan C. Volheim, Esq.