UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| DENISE HEARD-BASHUR,<br><br>    Plaintiff,<br><br>v.<br><br>LAKE CITY CREDIT, LLC<br><br>    Defendant. | Case No. 3:23-cv-00038-KC |

**AFFIDAVIT FOR ENTRY OF DEFAULT**

I, Nathan C. Volheim, being duly sworn, states as follows:

1. I am the attorney for Plaintiff, Denise Heard-Bashur, in the above-captioned case.

2. On May 4, 2023, Plaintiff attempted service twice at Capital FX d/b/a Credit Sharks' registered agent, Shaquille Wiggins' residence. On the first attempt, the concierge confirmed that Defendant is a resident of service address. On the second attempt, Defendant instructed concierge to not give access to proceed with service.

3. On May 5, 2023, Plaintiff posted on the door a Wavier of Summons and a copy of the Complaint filed in the above captioned matter to Capital FX d/b/a Credit Sharks' registered agent, Shaquille Wiggins. [Dkt No. 14].

4. A responsive pleading to the Complaint was due on May 26, 2023. No response was tendered within the time allowed by law, nor has the Defendant sought additional time within which to respond.

5. To date, Defendant has not filed any responsive pleading to Plaintiff's Complaint, nor has it sought an extension.

6. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

1

7. To the best of my knowledge, Defendant is not an infant, not in the military, and not an incompetent person.

>s/ Nathan C. Volheim
>Nathan C. Volheim, *Esq.*
>*Counsel for Plaintiff*