UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| DENISE HEARD-BASHUR,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL FX, LLC d/b/a CREDIT SHARKS,<br><br>    Defendant. | Case No. 3:23-cv-00038-KC |

**ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff, DENISE HEARD-BASHUR, by and through the undersigned, having filed with this Court her Motion for Clerk's Entry of Default and the Court having reviewed same, hereby ORDERES:

1. An Entry of Default shall be entered against the Defendant, Capital FX, LLC d/b/a Credit Sharks.

Dated: _____

/s/ _____
Judge, U.S. District Court